EL PUEBLO, DEMANDANTE Y APELADO, *v.* GONZÁLEZ, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Aguadilla, en un caso de seducción.

No. 615.—Resuelto en diciembre 19, 1913.

SEDUCCIÓN—VEREDICTO DEL JURADO—CREDIBILIDAD Y CASTIDAD DE LA OFENDIDA.— Habiendo sido eliminadas de los autos a moción del Fiscal dos cartas, por no haber sido relacionadas en la exposición del caso, este tribunal no puede tenerlas en consideración para resolver el recurso, pero aun cuando pudiera hacerlo, siendo su único objeto impugnar la credibilidad y castidad de la ofendida, y habiendo el jurado dado veredicto contra el acusado, esta corte no iría contra ese veredicto por lo que arrojan dichas cartas, habiendo sido corroborada la declaración de la ofendida por dos testigos.

Los hechos están expresados en la opinión.

Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

Abogado del apelante: *Sr. Pedro Manzano Aviñó.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Se inició esta causa ante la Corte de Distrito de Aguadilla mediante acusación que fué formulada contra Bernardo González, en la que se le imputa la comisión de un delito de seducción (*felony*), porque en uno de los días del mes de octubre de 1912, o alrededor de esa fecha, el acusado sedujo bajo promesa de matrimonio a la mujer soltera Antonia María Coll, de previo carácter casto, y tuvo comercio carnal con ella. El juicio se celebró ante un jurado y la corte lo condenó a sufrir la pena de un año de presidio con trabajos forzados.

Prácticamente el apelante se funda en un solo señalamiento de error, a saber, que la prueba era insuficiente para justicar el veredicto, pero casi todos los razonamientos presentados en su alegato se fundan en las deducciones que podrían hacerse de varias cartas. Estas cartas fueron eliminadas de la transcripción de los autos a virtud de moción presentada por el Fiscal de esta Corte Suprema, con tal objeto, por no haber sido las mismas debidamente identificadas mediante debida referencia a ellas en la exposición del caso. Estrictamente no podemos tomarlas en consideración, pero aun en el caso de que pudiéramos hacerlo, con ellas simplemente se impugna la credibilidad de la ofendida, y su tendencia como evidencia para cualquier otro fin es levantar una duda con respecto al previo carácter casto de la perjudicada. Sobre tales errores, aun en el supuesto de que existieran, este tribunal no intervendría con el veredicto emitido por el jurado en este caso.

El acto carnal fué realizado por el apelante y las manifestaciones hechas por la denunciante quedaron corroboradas en sus puntos esenciales por las de otros dos testigos. Debe confirmarse la sentencia apelada.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro y Aldrey.

El Juez Asociado Sr. MacLeary no tomó parte en la resolución de este caso.